| | | | | |
|---|---|---|---|---|
| Delauter v. Delauter | 85A02–1611–DR–2644 | 06/16/2017 | FRIEDLANDER, Sr.J. | Affirmed in part, reversed in part, and remanded |
| | | | BARNES, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Jackson v. State | 45A03–1609–CR–2032 | 06/19/2017 | BARNES, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | ROBB, J. | Concurs |
| O.S., Matter of | 32A05–1701–JC–50 | 06/19/2017 | BARNES, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Williams v. State | 02A03–1609–CR–2236 | 06/20/2017 | BARNES, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | ROBB, J. | Concurs |
| Gorman v. State | 49A02–1610–CR–2295 | 06/20/2017 | BROWN, J. | Affirmed |
| | | | MAY, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Skorvanek v. State | 58A01–1612–CR–2879 | 06/20/2017 | BRADFORD, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | RILEY, J. | Concurs |
| Mathews v. State | 84A01–1701–CR–69 | 06/20/2017 | RILEY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Golliday v. State | 71A03–1701–CR–173 | 06/20/2017 | RILEY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Nelson v. State | 49A02–1609–CR–2183 | 06/20/2017 | BARNES, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Puzynski v. State | 71A04–1611–CR–2511 | 06/20/2017 | KIRSCH, J. | Affirmed |
| | | | MATHIAS, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Coonce v. State | 29A02–1609–CR–2054 | 06/20/2017 | KIRSCH, J. | Affirmed |
| | | | MATHIAS, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Briley v. State | 58A01–1611–PC–2587 | 06/20/2017 | KIRSCH, J. | Affirmed |
| | | | MATHIAS, J. | Concurs |
| | | | ALTICE, J. | Concurs |